AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUATHERN _____ DISTRICT OF _____ NEW YORK

USA

v

Julian Smith

**APPEARANCE**

Case Number: 08 cr 541 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Julian Smith

I certify that I am admitted to practice in this court.

8/14/08
_____
Date

_____
Signature

STEVEN M. STATSINGER
_____
Print Name                                    Bar Number

FEDERAL DEFENDERS OF N.Y. - 52 DUANE ST - 10TH FL
_____
Address

NEW YORK              NY                    10007
_____
City                State              Zip Code

(212) 417-8736                    (212) 571-0392
_____
Phone Number                          Fax Number