UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT

    -v.-                           :   S1 08 Cr. 541 (DLC)

JULIAN SMITH,                      :
    a/k/a "Junior Smith" and
    a/k/a "David Brown, Jr.,"      :

               Defendant.        :

- - - - - - - - - - - - - - - - - - - x



COUNT ONE

    The Grand Jury charges:

    On or about January 17, 2008, in the Southern District of New York and elsewhere, JULIAN SMITH, a/k/a "Junior Smith," a/k/a "David Brown, Jr.," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been deported from the United States, to wit, on or about May 12, 2005, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 13, 2002, in New York Supreme Court, Bronx County, for Criminal Sale of Marijuana in the Fourth Degree, in violation of New York Penal Law 221.40, a Class A misdemeanor, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____     _____
FOREPERSON                          MICHAEL J. GARCIA
                                              United States Attorney